1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  IDS PROPERTY CASUALTY                    No. 1:19-cv-00466-DAD-JLT
    INSURANCE COMPANY,
12
                    Plaintiff,
13                                           ORDER APPOINTING GUARDIAN *AD*
                                             *LITEM*
14         v.
                                             (Doc. No. 8)
15  N.S., a minor, by and through her guardian
    ad litem Kaylah Powell, and KAYLAH
16  POWELL, as an individual and as guardian
    ad litem for N.S.,
17
                    Defendant.
18

19         On May 15, 2019, Kaylah Powell filed a petition to be appointed guardian ad litem for

20  defendant N.S. for purposes of this action.  (Doc. No. 8.)

21         "District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c),

22  to safeguard the interests of litigants who are minors."  *Robidoux v. Rosengren*, 638 F.3d 1177,

23  1181 (9th Cir. 2011).  Rule 17 provides that "[t]he court must appoint a guardian *ad litem*—or

24  issue another appropriate order—to protect a minor or incompetent person who is unrepresented

25  in an action."  Fed. R. Civ. P. 17(c)(2).  Local Rule 202(a) of this court further states, in pertinent

26  part:

27              Upon commencement of an action or upon initial appearance in
                defense of an action by or on behalf of a minor . . . the attorney
                representing the minor or incompetent person shall present . . . a
28              motion for the appointment of a guardian *ad litem* by the Court, or

                                        1

. . . a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person. *See* Fed. R. Civ. P. 17(c).

The decision to appoint a guardian *ad litem* "must normally be left to the sound discretion of the trial court." *United States v. 30.64 Acres of Land*, 795 F.2d 796, 804 (9th Cir. 1986).

Kaylah Powell petitions the court to appoint her as guardian *ad litem* to her child, defendant N.S., a minor child under the age of eighteen. Petitioner states that she is the biological mother of defendant N.S., and that she is competent and qualified to protect the interests of defendant N.S. Finding good cause, the court grants the petition (Doc. No. 8) and appoints Kaylah Powell guardian *ad litem* of N.S., a minor and defendant in this action.

IT IS SO ORDERED.

Dated: __**May 16, 2019**__

_____
UNITED STATES DISTRICT JUDGE