# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDS PROPERTY CASUALTY INSURANCE COMPANY,<br>　　　　Plaintiff,<br>　　v.<br>KAYLAH POWELL, et al.,<br>　　　　Defendants. | Case No.: 1:19-CV-00466-DAD-JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT |

The plaintiff has notified the Court that the action has settled. To allow time to allow a petition for approval of the minor's compromise to be approved, the Court **ORDERS**:

　　1.　　The defendants **SHALL** file a petition for approval of the minor's compromise—whether it is filed in this Court or the state court (*See* Local Rule 202(b))—**no later than September 20, 2019**;

　　2.　　The stipulation to dismiss the action **SHALL** be filed **no later than November 29, 2019**;

///
///
///
///
///

1

3. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated: __**August 14, 2019**__          _____/s/ Jennifer L. Thurston_
                                                             UNITED STATES MAGISTRATE JUDGE