# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDS PROPERTY CASUALTY INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>    v.<br><br>KAYLAH POWELL, et al.,<br><br>          Defendants. | Case No.: 1:19-cv-0466- DAD JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION<br><br>(Doc. 17) |

On November 26, 2019 the parties filed a stipulation indicating all parties "stipulate to dismissal of this action without prejudice." (Doc. 17 at 1) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Because all parties who have appeared signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

    Dated:   **December 2, 2019**            **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE